# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENVIRONMENTAL INTEGRITY PROJECT, *et al.*<br>            Plaintiffs,<br><br>     v.<br><br>ANDREW WHEELER, in his official capacity as Administrator of the U.S. Environmental Protection Agency, *et al.*,<br>            Defendants. | Case No. 1:20-cv-01734-KBJ |

## NOTICE OF FILING ANSWER IN RESPONSE TO COMPLAINT

Pursuant to this Court's Order, ECF No. 4, Defendants Andrew Wheeler, in his official capacity as Administrator of the U.S. Environmental Protection Agency, the U.S. Environmental Protection Agency, R.D. James, in his official capacity as Assistant Secretary of the Army (Civil Works), and the U.S. Army Corps of Engineers hereby provide notice that they intend to file an answer to the complaint, ECF No. 1, by the deadline of August 31, 2020.

Dated: August 24, 2020                    Respectfully submitted,

/s/ *Phillip R. Dupré*
PHILLIP R. DUPRÉ
Trial Attorney
Environmental Defense Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044
phillip.r.dupre@usdoj.gov
(202) 616-7501

1

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 24th day of August, 2020, I filed the foregoing via the Court's CM/ECF system, which served a notice of electronic filing on counsel of record.

/s/ *Phillip R. Dupré*