# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ENVIRONMENTAL INTEGRITY PROJECT, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ANDREW WHEELER, *in his official capacity as Administrator of the U.S. Environmental Protection Agency*, *et al.*,<br><br>　　　　Defendants. | Case No. 1:20-cv-1734 (KBJ) |

## **JOINT PROPOSED BRIEFING SCHEDULE FOR DISPOSITIVE MOTIONS**

Pursuant to the Court's September 15, 2020 Minute Order, Plaintiffs Environmental Integrity Project, Food & Water Watch, Gunpowder Riverkeeper, Lower Susquehanna Riverkeeper, and Patuxent Riverkeeper (collectively, "Plaintiffs"), and Defendants United States Environmental Protection Agency ("EPA"), Andrew R. Wheeler (in his official capacity as Administrator of EPA), the United States Army Corps of Engineers, and Ricky Dale James (in his official capacity as Assistant Secretary of the Army for Civil Works) (collectively, "Defendants"), respectfully submit the following joint proposed schedule for further proceedings in this matter.

1. On June 25, 2020, Plaintiffs filed their Complaint for Injunctive and Declaratory Relief. ECF No. 1.

2. On August 31, 2020, Defendants filed their Answer to Plaintiffs' Complaint. ECF No. 19.

3. On September 15, 2020, this Court ordered the Parties to file a joint proposed briefing schedule for further proceedings in this matter on or before September 30, 2020.

4. Also on or before September 30, 2020, Defendants will file the Certified Index to the Administrative Record pursuant to LCvR 7(n).

5. On September 23, 2020, counsel for both Parties conferred regarding this proposed briefing schedule via email. Thereafter, on September 29, 2020 the Parties reached an agreement with respect to the proposed briefing schedule for Plaintiffs' Motion and Defendants' Cross-Motion for Summary Judgment,[1] which the Parties believe adequately accounts for the complexity of the case and the Parties' respective needs.

6. The Parties also believe the proposed briefing schedule affords them reasonable time to confer and seek to resolve in good faith any potential differences concerning the Certified Index to the Administrative Record without the Court's involvement. However, the Parties recognize an amendment to the proposed schedule may be necessary should additional time be required to resolve the disputes (if any) and shall promptly move to amend the schedule if such need arises.

7. With respect to Plaintiffs' Motion for Summary Judgment, the Parties propose the following briefing schedule:

    a. Plaintiffs' Motion for Summary Judgment shall be filed on or before December 14, 2020 and shall not exceed 45 pages;

    b. Defendants' Combined Opposition to Plaintiffs' Motion for Summary Judgment and any Cross-Motion for Summary Judgment shall be filed together on or before February 12, 2021, in a single filing that shall not exceed 45 pages;

---

[1] Proposed Intervenors American Farm Bureau Federation, *et al.*, have previously represented that they will file and respond to dispositive motions on the same schedule as federal Defendants. Motion to Intervene at 15, ECF No. 8-1. Accordingly, should the Court grant Proposed Intervenors party status, each deadline in this Joint Proposed Briefing Schedule applicable to Defendants shall also apply to Proposed Intervenors.

    c. Any *amicus* briefs from interested parties shall be filed on or before February 26, 2021;

    d. Plaintiffs' Combined Reply to Defendants' Opposition to Plaintiffs' Motion for Summary Judgment and Plaintiffs' Opposition to Defendants' Cross-Motion for Summary Judgment, if relevant, shall be filed together on or before April 13, 2021, in a single filing that shall not exceed 25 pages; and

    e. Defendants' Reply to Plaintiffs' Opposition to Defendants' Cross-Motion to Summary Judgment shall be filed on or before May 13, 2021 and shall not exceed 25 pages.

For the reasons set forth and upon the agreement of the Parties, the Parties respectfully request that this Court enter the proposed Order attached hereto entering this Joint Proposed Briefing Schedule.

Respectfully submitted this the 30th Day of September, 2020.

/s/ *Sanghyun Lee*
Sanghyun Lee
DC Bar No. 1632212
Environmental Integrity Project
1000 Vermont Avenue NW
Suite 1100
Washington, DC 20005

Telephone: (202) 263-4449
Facsimile: (202) 296-8822
SLee@environmentalintegrity.org

*Counsel for Plaintiffs*

/s/ *Sarah Izfar*
SARAH IZFAR (DC Bar No. 1017796) Trial Attorney
Environmental Defense Section
U.S. Department of Justice
4 Constitution Square
150 M Street, NE
Washington, DC 20002

Telephone (202) 305-0490
Facsimile (202) 514-8865
sarah.izfar@usdoj.gov

*Counsel for Defendants*