UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ENVIRONMENTAL INTEGRITY PROJECT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ANDREW WHEELER, in his official capacity as Administrator of the United States Environmental Protection Agency, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) Case No. 1:20-cv-1734-KBJ ) ) ) ) ) ) ) |

**NOTICE OF SERVICE**

Pursuant to ¶ 4 of the Court's General Order (ECF No. 4) in this matter, Plaintiffs hereby certify that on December 14, 2020, the undersigned electronically served Plaintiffs' Motion for Summary Judgment, inclusive of Plaintiffs' supporting Memorandum of Points and Authorities, the exhibits (and index of exhibits) thereto, Statement of Material Facts as to Which There is No Genuine Issue, and Proposed Order upon each attorney of record via electronic mail as follows:

Phillip Roark Dupre
United States Department of Justice
Environment and Natural Resources Division
Email: phillip.r.dupre@usdoj.gov

Sarah Izfar
United States Department of Justice
Environment and Natural Resources Division
Email: sarah.izfar@usdoj.gov

*Attorneys for Federal Defendants*

Adam Charles Sloane
Mayer Brown LLP
Email: asloane@mayerbrown.com

*Attorney for Proposed Intervenors*

1

Respectfully submitted this the 14th Day of December 2020.

*s/ Sanghyun Lee*
Sanghyun Lee, DC Bar No. 1632212
Mary E. Greene, DC Bar No. 987644
Environmental Integrity Project
1000 Vermont Avenue NW, Suite 1100
Washington, DC 20005
Telephone: (202) 263-4441
Facsimile: (202) 296-8822
SLee@environmentalintegrity.org
mgreene@environmentalintegrity.org

*Counsel for Plaintiffs*
