UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ENVIRONMENTAL INTEGRITY PROJECT, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>JANE NISHIDA, *in her official capacity as acting Administrator of the U.S. Environmental Protection Agency*, *et al.*,[1]<br><br>　　　　　Defendants. | Case No. 1:20-cv-1734 (KBJ) |

**JOINT MOTION TO HOLD CASE IN ABEYANCE**

Plaintiffs and Defendants hereby move to hold this case in abeyance while Defendants review the rule at issue. Counsel for intervenors indicated that they do not oppose this motion. In support of their motion, Plaintiffs and Defendants provide the following reasons:

1. Plaintiffs challenge the Navigable Waters Protection Rule: Definition of "Waters of the United States," 85 Fed. Reg. 22,250 (Apr. 21, 2020).

2. On December 14, 2020, Plaintiffs served their motion for summary judgment. Dkt. No. 23.

3. Pursuant to the Court's October 2, 2020 minute order, Defendants' consolidated response and cross-motion is due February 12, 2021, Plaintiffs' consolidated response and reply is due April 13, 2021, and Defendants' reply is due May 13, 2021.

5. On January 20, 2021, President Biden issued an Executive Order entitled "Executive Order on Protecting Public Health and the Environment and Restoring Science to

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Jane Nishida is automatically substituted in place of Andrew Wheeler.

Tackle the Climate Crisis."  86 Fed. Reg. 7037 (Jan. 25, 2021).  In conformance with the Executive Order, Defendants are reviewing many rules promulgated in the last four years, including the rule at issue in this case.  *See* Fact Sheet: List of Agency Actions for Review.[2]

6. Agencies have inherent authority to review past decisions and to revise, replace, or repeal a decision to the extent permitted by law and supported by a reasoned explanation. *FCC v. Fox Television Stations, Inc.*, 556 U.S. 502, 515 (2009); *Motor Vehicle Mfrs. Ass'n v. State Farm Mutual Auto. Ins. Co.*, 463 U.S. 29, 42 (1983); *Sierra Club v. Van Antwerp*, 560 F. Supp. 2d 21, 23 (D.D.C. 2008).  An agency's interpretation of a statute it administers is not "carved in stone" but must be evaluated "on a continuing basis," for example, "in response to . . . a change in administrations."  *Nat'l Cable & Telecomm. Ass'n v. Brand X Internet Servs.*, 545 U.S. 967, 981 (2005) (internal quotation marks and citations omitted).

7. Plaintiffs and Defendants request a six-month abeyance of this case to give appropriate officials adequate time to review the rule and determine whether the rule should be maintained, modified, or otherwise reconsidered.  Accordingly, Plaintiffs and Defendants respectfully request that the Court enter an order granting this motion and holding the case in abeyance for six months.  At the end of the abeyance period, all Parties will provide a joint status report proposing further proceedings.

8. Granting this motion will not prejudice any Party, will conserve the Parties' resources, and will promote the interest of judicial economy.

For the foregoing reasons, Plaintiffs and Defendants respectfully request that the Court hold this case in abeyance pending Defendants' review of the rule at issue.

Respectfully submitted this 28th day of January, 2021.

---

[2] Available at https://www.whitehouse.gov/briefing-room/statements-releases/2021/01/20/fact-sheet-list-of-agency-actions-for-review/ (last visited on Jan. 27, 2021).

3

s/ *Sanghyun Lee*
Sanghyun Lee (DC Bar No. 1632212)
Mary E. Greene (DC Bar No. 987644)
Environmental Integrity Project
1000 Vermont Avenue NW
Suite 1100
Washington, DC 20005

Telephone: (202) 263-4441
Facsimile: (202) 296-8822
SLee@environmentalintegrity.org
mgreene@environmentalintegrity.org

*Counsel for Plaintiffs*

s/*Sarah Izfar*
SARAH IZFAR (DC Bar No. 1017796)
PHILIP DUPRÉ
Trial Attorneys
Environmental Defense Section
U.S. Department of Justice
4 Constitution Square
150 M Street, NE
Washington, DC 20002

Telephone (202) 305-0490
Facsimile (202) 514-8865
sarah.izfar@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that on January 28, 2021, I electronically transmitted the foregoing to the Clerk of Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to registered counsel for all parties.

*/s/ Sarah Izfar*