**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ENVIRONMENTAL INTEGRITY PROJECT, et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. 1:20-cv-1734 |
| MICHAEL REGAN, et al., | ) Judge Jia M. Cobb ) |
| Defendants. | ) ) ) ) ) ) |

**ORDER**

Having considered Defendants' Unopposed Motion to Continue Abeyance Pending New Rulemaking, the Court hereby GRANTS the Motion. Accordingly, IT IS HEREBY ORDERED that the case is held in abeyance pending issuance by the Agencies of a final rule regarding the definition of "waters of the United States" within the meaning of the Clean Water Act, 33 U.S.C. § 1362(7), or a determination by the Agencies that they will no longer proceed with the rulemaking. The parties shall file one or more proposals for further proceedings within 21 days after either event occurs.

**SO ORDERED**

April 15, 2022

_____
THE HON. JIA M. COBB
U.S. DISTRICT COURT JUDGE