# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENVIRONMENTAL INTEGRITY PROJECT, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 1:20-cv-1734<br>) (Judge Jia M. Cobb) |
| MICHAEL REGAN, et al., | )<br>)<br>) |
| Defendants. | ) |

## NOTICE OF FINAL RULE

Defendants the United States Environmental Protection Agency ("EPA"), Michael Regan, in his official capacity as Administrator of EPA, the United States Army Corps of Engineers, and Michael Conner, in his official capacity as Assistant Secretary of the Army for Civil Works (collectively, "the Agencies") wish to notify the Court and the parties that the Administrator of EPA and the Assistant Secretary of the Army for Civil Works signed a final rule entitled "Revised Definition of 'Waters of the United States,'" on December 29, and December 28, 2022, respectively. The pre-publication version is available on EPA's website, https://www.epa.gov/system/files/documents/2022-12/Pre-Publication%20Final%20Rule%20Notice.pdf (last visited December 30, 2022). This rule defines "waters of the United States" under the Clean Water Act. The rule will be published in the Federal Register and will be effective 60 days thereafter. The Agencies will notify the Court when the rule is published and, in compliance with this Court's April 15, 2022 order, ECF No. 40, will coordinate with the parties and submit a proposal for further proceedings no later than 21 days from the date the rule is published in the Federal Register.

Respectfully submitted this 30th day of December 2022.

1

TODD KIM
Assistant Attorney General

<u>s/ *Sarah Izfar*</u>
SARAH IZFAR (DC Bar No. 1017796)
PHILLIP DUPRÉ
Trial Attorneys
Environmental Defense Section
U.S. Department of Justice
4 Constitution Square
150 M Street, NE
Washington, DC 20002

Telephone (202) 305-0490
Facsimile (202) 514-8865
sarah.izfar@usdoj.gov

*Counsel for Defendants*