IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENVIRONMENTAL INTEGRITY PROJECT, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MICHAEL REGAN, et al., )<br>)<br>Defendants. ) | Case No. 1:20-cv-1734<br>(Judge Jia M. Cobb) |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of this action without prejudice. Each party agrees to bear its own fees and costs. Respectfully submitted this 10th day of January 2023.

| | |
|---|---|
| ENVIRONMENTAL INTEGRITY PROJECT | TODD KIM<br>Assistant Attorney General |
| s/ *Sanghyun Lee*<br>Sanghyun Lee (DC Bar No. 1632212)<br>Environmental Integrity Project<br>1000 Vermont Avenue NW<br>Suite 1100<br>Washington, DC 20005<br><br>Telephone: (202) 263-4441<br>Facsimile: (202) 296-8822<br>SLee@environmentalintegrity.org<br><br>*Counsel for Plaintiffs* | s/ *Sarah Izfar*<br>SARAH IZFAR (DC Bar No. 1017796)<br>PHILLIP DUPRÉ<br>Trial Attorneys<br>Environmental Defense Section<br>U.S. Department of Justice<br>4 Constitution Square<br>150 M Street, NE<br>Washington, DC 20002<br><br>Telephone (202) 305-0490<br>Facsimile (202) 514-8865<br>sarah.izfar@usdoj.gov<br><br>*Counsel for Defendants* |

1

MAYER BROWN LLP

<u>s/ *Timothy Bishop*</u>
Timothy S. Bishop
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606

Telephone: (312) 701 7829
E-mail: tbishop@mayerbrown.com

*Counsel for Intervenor-Defendants*